839 A.2d 177

**In the Matter of David Wayne TURMAN Petition for Reinstatement.**

**NoS. 62 DB 1997, 107 DB 1997.**

Supreme Court of Pennsylvania.

Nov. 14, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 14th day of November, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated August 21, 2003, the Petition for Reinstatement is DENIED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.